Announced Wednesday, February 3.

39168. Ohio Title Corp., appellant v. Hudson-Bower, Inc., et al., appellees. Cuyahoga County. Appeal from the Court of Appeals. Dismissed, no substantial constitutional question involved. Taft, C. J., Zimmerman, Matthias, O'Neill, Herbert, Schneider and Brown, JJ., concur.

39189. Clyde R. Sager v. E. B. Haskins, Supt., London Correctional Institution. In Habeas Corpus. Petitioner remanded to custody. Taft, C. J. Zimmerman, Matthias, O'Neill, Herbert, Schneider and Brown, JJ., concur.

39193. In re Appropriation for Highway Purposes: Director of Highways, appellee v. Rose M. Bennett et al., appellants. Lucas County. Appeal from the Court of Appeals. Dismissed, no substantial constitutional question involved. Zimmerman, O'Neill, Schneider and Brown, JJ., concur.

39196. Robert Heffelfinger, appellee v. R. W. Baer, a. k. a. R. Willard Baer, appellant. Erie County. Appeal from the Court of Appeals. Dismissed by agreement of parties.

39206. Frank W. Brinker, appellee v. Elizabeth F. Glassmeyer, appellant. Clermont County. Appeal from the Court of Appeals. Dismissed, no substantial constitutional question involved. Taft, C. J., Zimmerman, Matthias, O'Neill, Herbert, Schneider and Brown, JJ., concur.

39168. Ohio Title Corp., appellant v. Hudson-Bower, Inc., et al., appellees. Cuyahoga County. To dismiss appeal as of right. Sustained. To certify record. Overruled.

39174. The State of Ohio, appellee v. Richard Coley Stokes, appellant. Stark County. Appeal dismissed.

39193. In re Appropriation for Highway Purposes: Director of Highways, appellee v. Rose M. Bennett et al., appellants. Lucas County. To dismiss appeal as of right. Sustained. To certify record. Overruled.

39196. Robert Heffelfinger, appellee v. R. E. Baer, a. k. a. R. Willard Baer, appellant. Erie County. Dismissed by agreement of parties.

39206. Frank W. Brinker, appellee v. Elizabeth F. Glassmeyer, appellant. Clermont County. To dismiss appeal as of right. Sustained. To certify record. Overruled.

39245. The State of Ohio, appellant v. Philip Sheridan, appellee. Montgomery County. Settled by agreement of parties.

38413. Donna C. Albrecht, a Minor, appellee v. Estate of Gloria Jean Noie, appellant. Franklin County. Rehearing denied.